**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DANIEL LEE BEDFORD,**

    **Petitioner,**

    v.                                     Case No.  1:11-cv-311
                                                  JUDGE ALGENON L. MARBLEY
**DAVID BOBBY, Warden,**             Magistrate Judge Terence P. Kemp

    **Respondent.**

**ORDER DISMISSING CASE**

    Petitioner, a prisoner sentenced to death by the State of Ohio, filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 on May 13, 2011.  The Court takes judicial notice that on May 17, 2011, the State of Ohio executed Petitioner Bedford.  Accordingly, the instant case should be dismissed as moot.

    The Court **DIRECTS** the Clerk to enter **FINAL JUDGMENT DISMISSING** the instant case as moot.

    **IT IS SO ORDERED.**

                                                           s/Algenon L. Marbley
                                                           **ALGENON L. MARBLEY
                                                           United States District Judge**